# UNITED STATES DISTRICT COURT
## District of Maine

| | |
|---|---|
| NICHOLAS A. GLADU, | ) |
| | ) |
|     **Plaintiff** | ) |
| | ) |
| v. | )    No. 1:19-cv-00315-GZS |
| | ) |
| MAINE DEPARTMENT OF | ) |
| CORRECTIONS, et al., | ) |
| | ) |
|     **Defendants** | ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on September 10, 2019, his Recommended Decision (ECF No. 18). Plaintiff filed his Objection to the Recommended Decision (ECF No. 19) on September 20, 2019.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** Plaintiff's Motion for Preliminary Injunction (ECF No. 16) is **DENIED WITHOUT PREJUDICE**.

    /s/George Z. Singal
    U.S. District Judge

DATE: September 23, 2019.