# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| NICHOLAS A. GLADU, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) No. 1:19-cv-315-GZS |
| | ) |
| MAINE DEPARTMENT OF | ) |
| CORRECTIONS, ET AL., | ) |
| | ) |
| Defendants | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 41) filed December 17, 2019, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff's claim under 42 U.S.C. § 1983 is **DISMISSED** against Defendant Maine Department of Corrections.

/s/ George Z. Singal
United States District Judge

Dated this 21st day of January, 2020